### JOHN MONTGOMERY v. JOHN A. VINTON.

*County Court. Practice.*

All applications for relief against *defaults* or *nonsuits* in the county court must be made in the county court which ordered them.

PETITION to the supreme court for a new trial. The plaintiff was *non-suited* in the county court, and prayed for a new trial on the ground of having been deprived of his day in court by unavoidable accident.

————, for the petitioner.

*J. W. Stewart*, for the petitionee.

POLAND, Ch. J. The petitioner has mistaken the tribunal to which his application should have been made. This court has no jurisdiction to grant new trials in cases in the county court, except cases which have been *tried* in the county court.

All applications for relief against *defaults* or *non-suits* in the county court, must be made in the county court which ordered them. This has been long and repeatedly settled by decisions of this court. *Scott* v. *Stewart*, 5 Vt. 57 ; *Adams* v. *Howard*, 14 Vt. 560 ; *Beckwith* v. *Middlesex*, 20 Vt. 593 ; *Foster* v. *Austin*, 33 Vt. 615.

Petition dismissed with costs.